UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MORREY SELCK, | No. 2:19-cv-00489 KJM AC (PS) |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, | |
| Defendant. | |

Plaintiff is proceeding in this action pro se, and pretrial proceedings are accordingly referred to the undersigned pursuant to Local Rule 302(c)(21). On April 16, 2019, defendant filed a motion to dismiss. ECF No. 5. A hearing on the motion was scheduled for May 29, 2019. Plaintiff has not responded to the motion, despite the court's reminder that any response was due by May 15, 2019 (ECF No. 11).

Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Local Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The motion hearing date of May 29, 2019 is CONTINUED to June 5, 2019 at 10:00 a.m. in Courtroom No. 26; and
2. Plaintiff shall file an opposition – or a Statement of Non-Opposition – to the motion, no later than May 22, 2019. Failure to file an opposition or to appear at the hearing will be deemed as a statement of non-opposition.

DATED: May 17, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE